# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand and eighteen.

_____

State of New York,

    Plaintiff - Appellee-Cross-Appellant,

v.

Mountain Tobacco Company, DBA King Mountain Tobacco Company Inc.,

    Defendant - Appellant-Cross-Appellee.
_____

**ORDER**

Docket Nos. 17-3198(L), 17-3222(XAP)

    The National Congress of American Indians moves for leave to file out of time an amicus curiae brief in support of the Appellant-Cross-Appellee.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal and cross-appeal.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court