UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of December, two thousand and eighteen,

State of New York,

    Plaintiff - Appellee-Cross-Appellant,

v.

Mountain Tobacco Company, DBA King Mountain Tobacco Company Inc.,

    Defendant - Appellant-Cross-Appellee,

Mountain Tobacco Distributing Company Inc., Delbert Wheeler, Sr.,

    Defendants.

**ORDER**
Docket Nos. 17-3198,
          17-3222

IT IS HEREBY ORDERED that the motion by Movant, The National Congress of American Indians, for leave to file out of time *amicus curiae* brief is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

