**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 17-3198; 17-3222 _____   _____ Caption [use short title] _____

**Motion for:** Leave to File Supplemental Appendix _____

_____

_____

Set forth below precise, complete statement of relief sought:

Leave to file the 11-page appendix that is attached to the

amicus curiae brief submitted by the National Congress of

American Indians (see Doc. 138; see also Notice of

Defective Filing, Doc. 165).

State of New York v. Mountain Tobacco Co. et al

_____

_____

**MOVING PARTY:** Amicus, National Congress of American Indians   **OPPOSING PARTY:** State of New York / Mountain Tobacco Co.

☐ Plaintiff        ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** John Peebles _____   **OPPOSING ATTORNEY:** Judith Vale (for State of New York) ____

[name of attorney, with firm, address, phone number and e-mail]

Fredericks Peebles & Morgan LLP, 2020 L Street | Atty. Gen. of N.Y., 28 Liberty St., New York, NY 10005, (212) 416-6274, judith.vale@ag.ny.gov

Suite 250, Sacramento, CA 95811 | Nelson A. Boxer (for Mountain Tobacco Co.)

(916) 441-2700  email: jpeebles@ndnlaw.com | Petrillo Klein & Boxer LLP, 655 3rd Ave., 22nd Fl., New York, NY 10017, (212) 370-0330, nboxer@pkbllp.com

Court- Judge/ Agency appealed from: E.D.N.Y., Seybert, District Judge _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes  ☐ No  If yes, enter date: January 24, 2019

**Signature of Moving Attorney:**

/s/ John M. Peebles _____   **Date:** 12/7/18 _____   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

# Nos. 17-3198

**17-3222 (cross-appeal)**

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

**STATE OF NEW YORK**,

Plaintiff-Appellee-Cross-Appellant,

v.

**MOUNTAIN TOBACCO COMPANY, DBA KING MOUNTAIN TOBACCO COMPANY INC**.,

Defendant-Appellant-Cross-Appellee,

**MOUNTAIN TOBACCO DISTRIBUTING COMPANY, INC., DELBERT WHEELER, SR**.,

Defendants.

On Appeal from the United States District Court
for the Eastern District of New York

## MOTION OF *AMICUS CURIAE* THE NATIONAL CONGRESS OF AMERICAN INDIANS FOR LEAVE TO FILE AN APPENDIX ATTACHED TO ITS *AMICUS* BRIEF

JOHN M. PEEBLES, *Counsel of Record*
STEVEN J. BLOXHAM
TIM HENNESSY
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811
(916) 441-2700
jpeebles@ndnlaw.com

PETER D. LEPSCH
Fredericks Peebles & Morgan LLP
401 9th Street, NW, Suite 700
Washington, DC 20004
(202) 450-4887

On December 3, 2018, the Court granted the motion of the National Congress of American Indians ("NCAI") for leave to file out of time an *amicus curiae* brief.  Doc. No. 164.

NCAI filed that motion and submitted the proposed *amicus* brief to the Court on July 27, 2018.  Doc. No. 129 (*amicus* brief), Doc. No. 130 (motion for leave to file out of time).  As NCAI's motion noted, both parties had given their consent for NCAI to file an *amicus* brief.  Doc. 130 at 1.

The brief NCAI submitted in July contains an 11-page "appendix" following the main body of the brief, consisting of three letters of correspondence relevant to an issue of legislative history discussed in the brief.  *See* Doc. 129 at 38-49; *see id.* at 20-22 & n.4.

On December 4, 2018, the Clerk issued a "Notice of Defective Filing" pertaining to the NCAI *amicus* brief.  Doc. 165.  The Notice states: "**An appendix is not allowed to be at the back of the amicus brief.  The appendix must be removed, or you must file a motion requesting permission to file an appendix.**"  *Id.* at 2.  The Notice directed NCAI to "cure the defect(s) and "resubmit the document" or "documents" no later than December 6, 2018.  *Id.*

By this motion, therefore, NCAI requests the Court's permission to file the appendix that is appended to its *amicus* brief.  Specifically, NCAI asks for

permission to file the entire *amicus* brief in the form in which it was previously submitted, including the brief's attached appendix.

In the alternative, if the Court is not inclined to grant such permission, NCAI requests leave to file its appendix as a separate document, and to re-file the *amicus* brief as amended to reflect this change.

Respectfully submitted,

Dated: December 5, 2018                    s/ John M. Peebles
                                                         John M. Peebles

**CERTIFICATE OF COMPLIANCE**

I hereby certify this document complies with the length, typeface, and type style requirements of Fed. Rule App. P. 27(d)(1) and (2) because it contains 289 words, excluding the parts of the document exempted under Rule 32(f), and because it has been prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

s/ John M. Peebles
John M. Peebles

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ John M. Peebles
John M. Peebles
