**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand and nineteen,

_____

| | |
|---|---|
| State of New York, | **ORDER** |
| | Docket No. 17-3198 (Lead) |
| Plaintiff - Appellee-Cross-Appellant, | 17- 3222(XAP) |

v.

Mountain Tobacco Company, DBA King Mountain
Tobacco Company Inc.,

Defendant - Appellant-Cross-Appellee,

Mountain Tobacco Distributing Company Inc., Delbert
Wheeler, Sr.,

Defendants.

_____

IT IS HEREBY ORDERED that Amicus Curiae's National Congress of American Indians motion to file supplemental appendix is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court